**BRICKFIELD & DONAHUE**
70 Grand Avenue, Suite 102
River Edge, New Jersey 07661
(201) 488-7707
Attorney for Defendant Jose Garcia

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Criminal No. 03-853-04 (WHW) |
| JOSE GARCIA, | : **ORDER PERMITTING INTERNATIONAL TRAVEL** |
| Defendant. | : |

Jose Garcia, by his attorney Joseph R. Donahue, having moved this Court for an Order permitting Mr. Garcia to travel outside of the United States, specifically for permission to travel to Colombia in December of 2008 to visit family, and the Court having considered the arguments of all parties and United States Probation and for good and sufficient cause shown,

IT IS ON THIS ____29____ day of ~~October~~ September 2008,

ORDERED that Mr. Garcia is hereby permitted to travel to Colombia in December of 2008 for a period of ____14____ days.

_____
Honorable William H. Walls, U.S.D.J.