**BRICKFIELD & DONAHUE**
70 Grand Avenue, Suite 102
River Edge, New Jersey 07661
(201) 488-7707
Attorney for Defendant Jose Garcia

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Criminal No. 03-853-04 (WHW) |
| JOSE GARCIA, | : **ORDER PERMITTING INTERNATIONAL TRAVEL** |
| Defendant. | : |

Jose Garcia, by his attorney Joseph R. Donahue, having moved this Court for an Order permitting Mr. Garcia to travel outside of the United States, specifically for permission to travel to Colombia to visit family, and the Court having considered the arguments of all parties and United States Probation and for good and sufficient cause shown,

**IT IS ON THIS** _23rd_ day of November 2008,

**ORDERED** that Mr. Garcia is hereby permitted to travel to Colombia between December 2008 and January 2009 for a period of _14_ days.

_____
Honorable William H. Walls, U.S.D.J.